# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Owens, Karen B. | United States Bankruptcy Court, District of Delaware | 1/6/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Full Time | ☐ Nomination    Date <br> ☑ Initial    ☐ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Delaware
824 N. Market Street, 6th Floor
Wilmington, Delaware 19801

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ashby & Geddes, P.A. (former law firm) |
| 2. | Attorney Volunteer | Delaware Volunteer Legal Services |
| 3. | Member | Civics Committee, Federal Bar Association (Delaware Chapter) |
| 4. | NexGen Liason | Education Committee, National Conference of Bankruptcy Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Ashby & Geddes, P.A. (former law firm); Earnings/distributions | $395,000.00 |
| 2. 2018 | Ashby & Geddes, P.A. (former law firm); Earnings/distributions | $369,375.14 |
| 3. 2019 | Ashby & Geddes, P.A. (former law firm); Earnings/distributions | $91,666.74 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | TAMKO Building Products LLC; Salary |
| 2. 2018 | TAMKO Building Products LLC; Salary |
| 3. 2019 | TAMKO Building Products LLC; Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | Exempt | Exempt | Exempt | Exempt |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | Exempt | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Cash Account | C | Interest | M | T | Exempt | | | | |
| 2. Wells Fargo Cash Account | A | Interest | M | T | Exempt | | | | |
| 3. UMB HSA Cash Account (closed April 2018) | A | Interest | | | Exempt | | | | |
| 4. BOA HSA Cash Account | A | Interest | J | T | Exempt | | | | |
| 5. Vanguard IRA #1 (H) | | | | | | | | | |
| 6. -Vanguard LifeStrategy Growth Fund Investor Shares | C | Dividend | L | T | Exempt | | | | |
| 7. Vanguard IRA #2 (H) | | | | | | | | | |
| 8. -Vanguard Target Retirement 2045 Fund | C | Dividend | L | T | Exempt | | | | |
| 9. Vanguard Brokerage Account #1 (H) | | | | | | | | | |
| 10. -Vanguard LifeStrategy Moderate Growth Fund Investor Shares | D | Dividend | M | T | Exempt | | | | |
| 11. Vanguard Brokerage Account #2 (H) | | | | | | | | | |
| 12. -Vanguard Intermediate-Term Bond Index Fund Admiral Shares | B | Dividend | K | T | Exempt | | | | |
| 13. -Vanguard Money Market Fund | | None | J | T | Exempt | | | | |
| 14. Vanguard Individual 529 College Savings Account (H) | | | | | | | | | |
| 15. -Vanguard Moderate Age-Based Option: Vanguard 80% Stock 20% Bond Port | | None | M | T | Exempt | | | | |
| 16. -Vanguard Moderate Age-Based Option: Vanguard 90% Stock 10% Bond | | None | | | Exempt | | | | |
| 17. Ashby & Geddes Retirement Plan (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Institutional Target Retirement 2045 Fund | E | Dividend | N | T | Exempt | | | | |
| 19. Wells Fargo Retirement Plan (H) | | | | | | | | | |
| 20. -Vanguard Institutional Target Retirement 2045 Fund | C | Dividend | L | T | Exempt | | | | |
| 21. TAMKO Profit Sharing Retirement Plan (H) | | | | | | | | | |
| 22. -Vanguard Institutional Target Retirement 2045 Fund | A | Dividend | K | T | Exempt | | | | |
| 23. Ameriprise Strategic Portfolio Service Advantage IRA (H) | | | | | | | | | |
| 24. -Blackrock Event Driven Equity Fund (BILPX) | A | Dividend | J | T | Exempt | | | | |
| 25. -Blackrock Mid Cap Growth Equity Portfolio Institutional (CMGIX) | A | Dividend | K | T | Exempt | | | | |
| 26. -Federated Kaufmann Small Cap Fund Institution (FKAIX) | A | Dividend | J | T | Exempt | | | | |
| 27. -Columbia Dividend Income Fund Institutional Class (GSFTX) | B | Dividend | L | T | Exempt | | | | |
| 28. -John Hancock Funds II Emerging Markets Fund Class 1 (JEVIX) | A | Dividend | J | T | Exempt | | | | |
| 29. -MFS Intl. Growth Fund Class 1 (MQGIX) | A | Dividend | K | T | Exempt | | | | |
| 30. -MFS New Discovery Value Fund Class 1 (NDVIX) | A | Dividend | K | T | Exempt | | | | |
| 31. -ClearBridge Large Cap Growth Fund Class 1 (SBLYX) | C | Dividend | L | T | Exempt | | | | |
| 32. -Wells Fargo Special Mid Cap Value Fund (WFMIX) | B | Dividend | K | T | Exempt | | | | |
| 33. Ameriprise Insured Money Market Cash Account (AIMMA) (H) | | | | | | | | | |
| 34. -Morgan Stanley | A | Interest | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Express | A | Interest | | | Exempt | | | | |
| 36. Ameriprise Brokerage Account (all sold June 2019) (H) | | | | | | | | | |
| 37. -Apple Inc. (APPL) common stock | A | Dividend | | | Exempt | | | | |
| 38. -Adobe Systems Inc. (ADBE) common stock | A | Distribution | | | Exempt | | | | |
| 39. -Allegion Public Ltd (ALLE) common stock | A | Dividend | | | Exempt | | | | |
| 40. -Applied Materials Inc. (AMAT) common stock | A | Dividend | | | Exempt | | | | |
| 41. -Ametek Inc. (AME) common stock | A | Dividend | | | Exempt | | | | |
| 42. -Affiliated Mgrs. Grp. Inc. (AMG) common stock | | None | | | Exempt | | | | |
| 43. -Artisan Partners Asset Mgmt. Inc. (APAM) common stock | A | Dividend | | | Exempt | | | | |
| 44. -Credicorp Ltd. (BAP) common stock | | None | | | Exempt | | | | |
| 45. -Brown Forman Corp. (BF/B) common stock | A | Dividend | | | Exempt | | | | |
| 46. -Biogen Inc. (BIIB) common stock | | None | | | Exempt | | | | |
| 47. -Bank of Hawaii Corp. (BOH) common stock | A | Dividend | | | Exempt | | | | |
| 48. -Credit Acceptance Crp. MI (CACC) common stock | A | Distribution | | | Exempt | | | | |
| 49. -CBOE Global Markets Inc. (CBOE) common stock | A | Dividend | | | Exempt | | | | |
| 50. -Celanese Corp. (CE) common stock | | None | | | Exempt | | | | |
| 51. -Cerner Corp. (CERN) common stock | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Church & Dwight Company Inc. (CHD) common stock | B | Dividend | | | Exempt | | | | |
| 53. -Check Point Software Tech. (CHKP) common stock | A | Distribution | | | Exempt | | | | |
| 54. -Comcast (CMCSA) common stock | A | Dividend | | | Exempt | | | | |
| 55. -Canadian National Railway Co. (CNI) common stock | A | Dividend | | | Exempt | | | | |
| 56. -Canadian Pacific Railway Ltd. (CP) common stock | A | Dividend | | | Exempt | | | | |
| 57. -Copart Inc. (CPRT) common stock | B | Distribution | | | Exempt | | | | |
| 58. -CSX Corp. (CSX) common stock | A | Dividend | | | Exempt | | | | |
| 59. -Walt Disney Co. (DIS) common stock | A | Dividend | | | Exempt | | | | |
| 60. -Electronic Arts Inc. (EA) common stock | | None | | | Exempt | | | | |
| 61. -EOG Resources Inc. (EOG) common stock | | None | | | Exempt | | | | |
| 62. -Edwards Lifesciences (EW) common stock | B | Distribution | | | Exempt | | | | |
| 63. -Eagle Materials (EXP) common stock | | None | | | Exempt | | | | |
| 64. -Fastenal Co. (FAST) common stock | | None | | | Exempt | | | | |
| 65. -Facebook, Inc. (FB) common stock | | None | | | Exempt | | | | |
| 66. -Factset Research Systems Inc. (FDS) common stock | B | Dividend | | | Exempt | | | | |
| 67. -F5 Networks Inc. (FFIV) common stock | | None | | | Exempt | | | | |
| 68. -Federated Invs. (FII) common stock | A | Distribution | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fiserv Inc. (FISV) common stock | A | Distribution | | | Exempt | | | | |
| 70. -Fleetcor Technologies Inc. (FLT) common stock | B | Distribution | | | Exempt | | | | |
| 71. -Fox Corp. (FOXA) common stock | | None | | | Exempt | | | | |
| 72. -Graco Inc. (GGG) common stock | | None | | | Exempt | | | | |
| 73. -Gentex Corp. (GNTX) common stock | A | Dividend | | | Exempt | | | | |
| 74. -Grifols (GRFS) common stock | A | Dividend | | | Exempt | | | | |
| 75. -Garmin Ltd. (GRMN) common stock | A | Dividend | | | Exempt | | | | |
| 76. -Interdigital Inc. (IDCC) common stock | A | Distribution | | | Exempt | | | | |
| 77. -Idex Corp. (IEX) common stock | A | Dividend | | | Exempt | | | | |
| 78. -Illumina Inc. (ILMN) common stock | | None | | | Exempt | | | | |
| 79. -Infosys. Ltd. (INFY) common stock | A | Dividend | | | Exempt | | | | |
| 80. -Intuit Inc. (INTU) common stock | | None | | | Exempt | | | | |
| 81. -IPG Photonics Corp. (IPGP) common stock | A | Distribution | | | Exempt | | | | |
| 82. -Illinois Tool Works Inc. (ITW) common stock | | None | | | Exempt | | | | |
| 83. -JetBlue Airways Corp. (JBLU) common stock | A | Distribution | | | Exempt | | | | |
| 84. -Jack Henry & Assoc. Inc. (JKHY) common stock | A | Dividend | | | Exempt | | | | |
| 85. -KLA Tencor Corp. (KLAC) common stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -LAM Research Corp. (LRCX) common stock | A | Dividend | | | Exempt | | | | |
| 87. -Southwest Airlines Co. (LUV) common stock | | None | | | Exempt | | | | |
| 88. -Mastercard Inc. (MA) common stock | B | Dividend | | | Exempt | | | | |
| 89. -Marriott Intl. Inc. (MAR) common stock | A | Dividend | | | Exempt | | | | |
| 90. -Masimo Corp. (MASI) common stock | A | Distribution | | | Exempt | | | | |
| 91. -McCormick & Co. (MKC) common stock | A | Dividend | | | Exempt | | | | |
| 92. -MKS Instruments Inc. (MKSI) common stock | | None | | | Exempt | | | | |
| 93. -3M Co. (MMM) common stock | | None | | | Exempt | | | | |
| 94. -Monster Bev. Corp. (MNST) common stock | | None | | | Exempt | | | | |
| 95. -Altria Group Inc. (MO) common stock | | None | | | Exempt | | | | |
| 96. -MSCI Inc. (MSCI) common stock | B | Dividend | | | Exempt | | | | |
| 97. -Microsoft Corp. (MSFT) common stock | A | Dividend | | | Exempt | | | | |
| 98. -Mettler Toledo Intl. Inc. (MTD) common stock | A | Distribution | | | Exempt | | | | |
| 99. -Vail Resorts Inc. (MTN) common stock | | None | | | Exempt | | | | |
| 100. -Maxim Integrated Products Inc. (MXIM) common stock | A | Dividend | | | Exempt | | | | |
| 101. -Nordson Corp. (NDSN) common stock | | None | | | Exempt | | | | |
| 102. -Norfolk Southern Corp. (NSC) common stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -NVIDIA Corp. (NVDA) common stock | | None | | | Exempt | | | | |
| 104. -Novo Nordisk (NVO) common stock | A | Dividend | | | Exempt | | | | |
| 105. -Old Dominion Freight Lines Inc. (ODFL) common stock | | None | | | Exempt | | | | |
| 106. -Oracle Corp. (ORCL) common stock | A | Distribution | | | Exempt | | | | |
| 107. -Paychex Inc. (PAYX) common stock | B | Dividend | | | Exempt | | | | |
| 108. -Proctor & Gamble Co. (PG) common stock | A | Dividend | | | Exempt | | | | |
| 109. -Resmed Inc. (RMD) common stock | A | Dividend | | | Exempt | | | | |
| 110. -SAP (SAP) common stock | A | Dividend | | | Exempt | | | | |
| 111. -Starbucks Corp. (SBUX) common stock | B | Dividend | | | Exempt | | | | |
| 112. -Sealed Air Corp. (SEE) common stock | | None | | | Exempt | | | | |
| 113. -SEI Investments Co. (SEIC) common stock | | None | | | Exempt | | | | |
| 114. -SNAP (SNA) common stock | A | Dividend | | | Exempt | | | | |
| 115. -Smith & Nephew (SNN) common stock | A | Distribution | | | Exempt | | | | |
| 116. -S&P Global (SPGI) common stock | A | Dividend | | | Exempt | | | | |
| 117. -Sociedad Quimica (SQM) common stock | | None | | | Exempt | | | | |
| 118. -Constellation Brands Inc. (STZ) common stock | | None | | | Exempt | | | | |
| 119. -Skyworks Solutions Inc. (SWKS) common stock | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Price T Rowe Group Inc. (TROW) common stock | | None | | | Exempt | | | | |
| 121. -Texas Instruments Inc. (TXN) common stock | A | Dividend | | | Exempt | | | | |
| 122. -Ubiquiti Networks Inc. (UBNT) common stock | B | Dividend | | | Exempt | | | | |
| 123. -Unilever PLC (UL) common stock | A | Dividend | | | Exempt | | | | |
| 124. -Unilever (UN) common stock | A | Dividend | | | Exempt | | | | |
| 125. -Union Pacific Corp. (UNP) common stock | A | Dividend | | | Exempt | | | | |
| 126. -Visa (V) common stock | A | Dividend | | | Exempt | | | | |
| 127. -Veeva Sys Inc. (VEEV) common stock | A | Distribution | | | Exempt | | | | |
| 128. -Verisk Analytics Inc. (VRSK) common stock | B | Dividend | | | Exempt | | | | |
| 129. -Wyndham Destinations Inc. (WYND) common stock | | None | | | Exempt | | | | |
| 130. -Xilinx Inc. (XLNX) common stock | B | Dividend | | | Exempt | | | | |
| 131. -Zoetis Inc. (ZTS) common stock | A | Dividend | | | Exempt | | | | |
| 132. Lincoln Retirement 401(k) (H) | | | | | | | | | |
| 133. -American Century Investments One Choice 2045 (sold 8/18) | C | Distribution | | | Exempt | | | | |
| 134. -American Funds The Growth Fund of America R6 (sold 8/18) | D | Distribution | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 1/6/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen B. Owens**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544